PLAUT v. NEW YORK CITY RY. CO.

(Supreme Court, Appellate Term. February 11, 1907.)

Appeal from Municipal Court, Borough of Manhattan, Third District.

Action by Moses Plaut against the New York City Railway Company. From a judgment for plaintiff, defendant appeals. Affirmed.

Argued before GILDERSLEEVE, MacLEAN, and AMEND, JJ.

James L. Quackenbush (Henry F. Gannon, of counsel), for appellant.

Laurence J. Bershad, for respondent.

PER CURIAM. The record herein presents the same questions that are raised in Baron v. New York City Ry. Co. (No. 18, decided this term) 102 N. Y. Supp. 746.

For the reasons stated in the opinion handed down in that case, the judgment herein must be affirmed, with costs to the respondent.